UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT EICHLER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,[1]

    Defendant.

CASE NO. 12-cv-05942 RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, on Defendant's Stipulated Motion for Remand (Dkt. 17), and the relevant record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation (Dkt. 18).

(2)     The matter is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Administration for further consideration; and

(3)     The Clerk is directed to enter Judgment and close this case.

Dated this 15th day of March, 2013.

_____
ROBERT J. BRYAN
United States District Judge

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for Michael J. Astrue as the defendant in this suit.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1